IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-bk-00429-HWV |
| | : | |
| David V. Carraway | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**NOTICE FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Lisa Cancanon, of the firm Weinstein & Riley, P.S., hereby withdraws as counsel of record for Selene Finance as servicer for Atlantica, LLC in this bankruptcy proceeding. The undersigned attorney requests removal from the notice list in this case and acknowledges that this will result in paper and electronic notices being discontinued.

Date: 6/30/2020               Attorney: /s/ Lisa Cancanon
                              Lisa Cancanon, Bar No. 323550
                              Weinstein & Riley, P.S.
                              11101 West 120th Ave, Ste 280
                              Broomfield, Colorado 80021
                              Phone: (303) 539-8607
                              Email: lisac@w-legal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020, I served a copy of *NOTICE FOR WITHDRAWAL OF COUNSEL* on the following parties via first class mail or caused them to be served with a Notice of Electronic Filing.

<u>Trustee via E-Filing</u>
Charles J DeHart, III (Trustee)
dehartstaff@pamd13trustee.com

<u>Debtor's Counsel via E-Filing</u>
Michael R Caum
mikecaumesq@comcast.net

<u>U.S. Trustee via E-Filing</u>
United States Trustee
ustpregion03.ha.ecf@usdoj.gov

<u>Debtor via First-Class Mail</u>
David V. Carraway
823 Main Street
Delta, PA 17314

/s/Jordyn Robertson
Jordyn Robertson
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: 206-269-3490