United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-00429-HWV

David V. Carraway  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2

Date Rcvd: Oct 04, 2021  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + David V. Carraway, 823 Main Street, Delta, PA 17314-8945 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Craig S. Sharnetzka | on behalf of Creditor Delta Borough csharnetzka@cgalaw.com<br>tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |
| Craig S. Sharnetzka | on behalf of Creditor Delta Borough Municipal Authority csharnetzka@cgalaw.com<br>tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Limosa  LLC bkgroup@kmllawgroup.com |
| Michael R Caum | on behalf of Debtor 1 David V. Carraway mikecaumesq@comcast.net |

United States Trustee                   ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:  David V. Carraway : Case No:  1:19-bk-00429  HWV
Debtor : 
 : Chapter 13

### ORDER

AND NOW, it is hereby ORDERED that the above captioned case is hereby converted to Chapter 7 of the United States Bankruptcy Code.

Dated:  October 4, 2021        By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (CD)