Check No. 2010064

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 16-02932-MJC | 001-0 | THOMAS JOSEPH DUKE | | 448.65 | 1.35 | 0.00 | 1.35 |
| | | Original Check written to:<br>LORELEI DUKE<br>1476 TREVORTON ROAD<br>COAL TOWNSHIP, PA 17866- | | | | | |
| 16-03441-HWV | 009-0 | THOMAS LEONARD PARICHUK | | 592,077.76 | 2,715.75 | 0.00 | 2,715.75 |
| | | Original Check written to:<br>BITUMINOUS PAVING MATERIALS<br>1300 ZINNS QUARRY ROAD<br>YORK, PA 17404-3599 | | | | | |
| 18-02134-MJC | 999-0 | MILTON A. ORTIZ | | 0.00 | 10.77 | 0.00 | 10.77 |
| | | Original Check written to:<br>MILTON A. ORTIZ<br>620 N. PUTNAM ST.<br>WEST HAZLETON, PA 18202 | | | | | |
| 18-04193-MJC | 999-0 | JOAN M EVANS | | 0.00 | 0.10 | 0.00 | 0.10 |
| | | Original Check written to:<br>JOAN M EVANS<br>69 E. MERRITT ST<br>PLAINS, PA 18705 | | | | | |
| 19-00429-HWV | 999-0 | DAVID V. CARRAWAY | | 0.00 | 7.24 | 0.00 | 7.24 |
| | | Original Check written to:<br>DAVID V. CARRAWAY<br>823 MAIN STREET<br>DELTA, PA 17314 | | | | | |
| ~~21-00000-HWV~~<br>4-11-01137 | 009-0 | SUSPENSE ACCOUNT | 41101137 | 0.00 | 232.00 | 0.00 | 232.00 |
| | | Original Check written to:<br>MICHAEL P. MERLO, JR.<br>LAURIE A. MERLO<br>1820 VIRGINIA LANE<br>KUPLMONT, PA 17834 | | | | | |