United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 19-00429-HWV

David V. Carraway     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 25, 2022     Form ID: 318     Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David V. Carraway, 823 Main Street, Delta, PA 17314-8945 |
| cr | + | Delta Borough, P.O. Box 278, Delta, PA 17314-0278 |
| cr | + | Selene Finance as servicer for Atlantica, LLC, c/o Weinstein & Riley, P.S., 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |
| 5157324 | + | Delta Borough, c/o CGA Law, 135 North George Street, York, PA 17401-1132 |
| 5224183 | + | Delta Borough Municipal Authority, 101 College Avenue, PO Box 278, Delta, PA 17314-0278 |
| 5173034 | + | Delta Borough Municipal Authority, 202 College Avenue, PO Box 278, Delta, PA 17314-0278 |
| 5157326 | + | JP Jensen Management Services LC, Assignee of Franklin Square Hospita, PO Box 6414, Columbia, MD 21045-6414 |
| 5157327 | + | Laelia LLC, c/o Stern and Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5157328 | + | Massanutten Shenandoah Villas, PO Box 1227, Harrisonburg, VA 22803-1227 |
| 5157329 | + | Proximal Collection Services, 501 Fairmount Blvd., Suite 103, Towson, MD 21286-5462 |
| 5157330 | + | Pulmonary & Critical Care Assoc, 515 Fairmount Ave #500, Towson, MD 21286-8502 |
| 5159451 | #+ | Pulmonary and Critical Care Assoc of Baltimore, 501 Fairmount Avenue, Suite 103, Towson, MD 21286-5462 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5184850 | + | Email/Text: bkteam@selenefinance.com | Feb 25 2022 18:36:00 | Atlantica, LLC, c/o Selene Finance, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 5157325 | + | Email/Text: mstover@gercls.com | Feb 25 2022 18:36:00 | Great Eastern Resorts Corporation, PO Box 6006, Charlottesville, VA 22906-6006 |
| 5157949 | + | EDI: RECOVERYCORP.COM | Feb 25 2022 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5173035 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 25 2022 18:36:00 | Peco, PO Box 13439, Philadelphia, PA 19101-3439 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Delta Borough Municipal Authority, 101 College Ave., P.O. Box 278, Delta, PA 17314-0278 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig S. Sharnetzka | on behalf of Creditor Delta Borough csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |
| Craig S. Sharnetzka | on behalf of Creditor Delta Borough Municipal Authority csharnetzka@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor Limosa LLC bkgroup@kmllawgroup.com |
| Michael R Caum | on behalf of Debtor 1 David V. Carraway mikecaumesq@comcast.net |
| Steven M. Carr (Trustee) | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;julie.reamcarrllc@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1 | **David V. Carraway** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court | Middle District of Pennsylvania |
| Case number: | 1:19-bk-00429-HWV |

Social Security number or ITIN  xxx–xx–5956
EIN  __-_____

Social Security number or ITIN  ____
EIN  __-_____

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David V. Carraway

2/25/22

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**